**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0025-20

BANK OF AMERICA, N.A.,

    Plaintiff-Respondent,

v.

MINA S. AIAAD,

    Defendant-Appellant.

_____

        Submitted March 24, 2021 – Decided April 15, 2021

        Before Judges Rose and Firko.

        On appeal from the Superior Court of New Jersey, Law Division, Middlesex County, Docket No. DC-003103-20.

        Mina S. Aiaad, appellant pro se.

        Mullooly Jeffrey Rooney & Flynn LLP, attorneys for respondent (John J. Sheerin, on the brief).

PER CURIAM

We have been advised prior to argument that this matter has been amicably adjusted and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-0025-20